1038 

KAREN M. DAVENPORT, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–00613–9, Gerard M. Shellan, J., entered
September 5, 1984. *Reversed* by unpublished opinion per
Ringold, J., concurred in by Scholfield, C.J., and Webster,
J.

CHARLES MARYHEW, ET AL, *Appellants,* v. THE
ROPER CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 83–2–01852–8, David C. Hunter, J., entered
February 17, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams, J., and Revelle, J.
Pro Tem.

SCOTT WOLFF, *Appellant,* v. SCOTT WETZEL
SERVICES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82–2–04032–9, Paul D. Hansen, J.,
entered April 15, 1983. *Reversed* and *remanded* by unpub-
lished opinion per Grosse, J., concurred in by Scholfield,
C.J., and Williams, J.